In re:  
Christine Cook  
Napoleon Cook, Jr.  
      Debtors

Case No. 18-00648-TOM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: crobey      Page 1 of 3      Date Rcvd: Sep 17, 2018  
                           Form ID: pdfcfm      Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2018.

```
db/jdb        +Christine Cook,    Napoleon Cook, Jr.,    142 Merimeadows Drive,    Calera, AL 35040-6211
9640799       +AT&T wirein,    c/o IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
9640838       +Advanced Capital Solutions,    5553 Whipple AVe Nw Ste 5,    North Canton, OH 44720-7760
9640790       +Bridge Crest Financial,    PO Box 29018,    Phoenix, AZ 85038-9018
9642373       +CREDIT ACCEPTANCE,    25505 W 12 MILE RD SUITE 3000,    SOUTHFIELD MI 48034-8331
9640805       +Charter Spectrum,    PO Box 2553,    Columbus, OH 43216-2553
9640841       +Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4975
9640806       +Covington,    150 Executive Center Dr.,    Greenville, SC 29615-4505
9640807       +Covington Credit,    150 Executive Center Dr.,    Box 112,    Greenville, SC 29615-4505
9640811       +DNF Associates,    c/o Advanced Captial Solutions,    5553 Whipple Ave Nw Ste 5,
                North Canton, OH 44720-7760
9640809       +Direct Loans,    US Department of Education,    P. O. Box 530260,    Atlanta, GA 30353-0260
9640842       +Diversified Consultants, Inc.,    P. O. Box 571,    Fort Mill, SC 29716-0571
9640812       +First Priemer Bank,    3820 N louise Ave,    Sioux Falls, SD 57107-0145
9732407       +HS Financial Group, LLC,    PO Box 451193,    Westlake, OH 44145-0630
9640814       +HSBC/Orchard Bank Mastercard Platinum,    PO Box 2013,    Buffalo, NY 14240-2013
9640815       +Inbox Loan,    PO Box 881,    Santa Rosa, CA 95402-0881
9640848       +New Britian Financial,    PO Box 3100,    Munster, IN 46321-0100
9640817       +Parkway Finance,    1545 Centerpoint Pkwy,    Birmingham, AL 35215-5611
9640821       +Risecso,    4150 International STe 300,    Fort Worth, TX 76109-4819
9640793        Royal Furniture,    PO Box 3784,    Memphis, TN 38173-0784
9640794       +Sears Why not lease it,    1750 Elm St. Ste 1200,    Manchester, NH 03104-2907
9640828      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    P. O. Box 37380,    Albuquerque, NM 87176)
9709303       +Tempoe,    1750 Elm St Suite 1200,    Manchester, NH 03104-2907
9640849       +UAB,    PO Box 11407 Drawer 624,    Birmingham, AL 35246-0100
9640829       +UAB Callahan Eye Center,    PO Box 830941,    Birmingham, AL 35283-0941
9640830        UAHSF,    500 Richard Arrington Jr Blvd S,    Birmingham, AL 35233
9692083        UAHSF-MSO,    P O BOX 55309,    BIRMINGHAM, AL 35255-5309
9685890       +US Attorney,    1801 4th Avenue North,    Birmingham, AL 35203-2101
9805984        US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
9640832       +US Department of Education,    Direct Loan Servicing Center,    P. O. Box 5202,
                Greenville, TX 75403-5202
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
9640797       +E-mail/Text: bknotifications@americancarcenter.com Sep 18 2018 02:58:22     American Car Center,
                3296 Pelham Pkwy,    Pelham, AL 35124-2006
9640788       +E-mail/Text: bankruptcy@acacceptance.com Sep 18 2018 02:58:30     American Credfit Acceptance,
                961 E Main St,    Spartanburg, SC 29302-2185
9691302       +E-mail/Text: bankruptcy@acacceptance.com Sep 18 2018 02:58:30
                American Credit Acceptance dba Auto Finance,    961 E. Main St.,    Spartanburg SC 29302-2185
9640839       +E-mail/Text: bsimmons@amsher.com Sep 18 2018 03:00:21     Amsher Collection Service,
                600 Beacon Pkwy W,    STE 300,    Birmingham, AL 35209-3114
9640840       +E-mail/Text: bsimmons@amsher.com Sep 18 2018 03:00:21     Amsher Collection Services,
                4524 Southlake Pky Ste 15,    Hoover, AL 35244-3271
9640798       +E-mail/Text: g17768@att.com Sep 18 2018 02:56:48     At&t Uverse,    PO Box 5014,
                Carol Stream, IL 60197-5014
9640789       +E-mail/Text: ecfbankruptcy@progleasing.com Sep 18 2018 02:59:29
                Big lots c/o Progressive Leasing,    256 West Data Drive,    Draper, UT 84020-2315
9640802        E-mail/Text: bankruptcy@ldf-holdings.com Sep 18 2018 03:01:54     Bridge Lending Solutions,
                597 Peace Pipe Road,    Lac Du Flambeau, WI 54538
9640804       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 03:11:26     Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
9640803       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 03:12:57     Capital One,
                PO Box 60599,    City of Industry, CA 91716-0599
9640808       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2018 02:54:55     Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
9640810       +E-mail/Text: Bankruptcy.Consumer@dish.com Sep 18 2018 02:58:29     Dish Network,    PO Box 9033,
                Littleton, CO 80160-9033
9640845       +E-mail/Text: bknotice@ercbpo.com Sep 18 2018 02:59:26     Enhanced Recovery Company,
                PO Box 57547,    Jacksonville, FL 32241-7547
9640813       +E-mail/Text: collections@greentrustcash.com Sep 18 2018 03:00:49     Green Trust Cash,
                PO Box 340,    Hays, MT 59527-0340
9640796        E-mail/Text: cio.bncmail@irs.gov Sep 18 2018 02:57:18     Internal Revenue Service,
                801 Tom Martin Drive,    Birmingham, AL 35211
9640846        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2018 02:59:51     Jefferson Capital Systems,
                16 McLeland Rd,    Saint Cloud, MN 56303
9697556        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2018 02:59:52     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
9640847       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2018 02:59:52     Jeffeson Capital Systems,
                P. O. Box 953185,    Saint Louis, MO 63195-3185
9640816       +E-mail/Text: BKRMailOPS@weltman.com Sep 18 2018 02:57:51     Kay Jewelers,    P. O. Box 740425,
                Cincinnati, OH 45274-0425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9715124        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2018 03:11:24
               LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
               FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
9714191        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2018 02:56:00
               LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
9684818       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2018 02:58:30     MIDLAND FUNDING LLC,
               PO BOX 2011,    Warren MI 48090-2011
9685771       +E-mail/Text: ecfbankruptcy@progleasing.com Sep 18 2018 02:59:29     NPRTO South-East, LLC,
               256 West Data Drive,   Draper, UT 84020-2315
9640819        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 02:55:47
               Portfolio Recovery,   120 Corporate Blvd,   Ste 100,   Norfolk, VA 23502
9691924        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 03:11:33
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
9641547       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 02:55:48
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
9640818        E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 18 2018 03:00:16     Plain Green,
               93 Mack Road,   Suite 600,   Box Elder, MT 59521
9696254       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2018 02:59:52     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
9640791       +E-mail/Text: bankruptcy@gopfs.com Sep 18 2018 03:00:48     Prestige Financial Services,
               BANKRUPTCY DEPT,   PO BOX 26707,   Salt Lake City UT 84126-0707
9640820       +E-mail/Text: bankruptcy@purchasingpower.com Sep 18 2018 03:00:20     Purchasing Power, LLC,
               1375 Peachtree Street NE,   STE 500,   Atlanta, GA 30309-3109
9698314        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2018 02:58:19
               Quantum3 Group LLC as agent for,   Credit Corp Solutions Inc,   PO Box 788,
               Kirkland, WA  98083-0788
9640792        E-mail/Text: bankruptcy@republicfinance.com Sep 18 2018 03:01:20     Republic Finance,
               9200 Hwy 119,   #1500,   Alabaster, AL 35007
9656286        E-mail/Text: bankruptcy@republicfinance.com Sep 18 2018 03:01:20     Republic Finance LLC,
               282 Tower Rd,   Ponchatoula, LA 70454
9640827       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:55:36     SYNCB/Walmart,   PO Box 965024,
               Orlando, FL 32896-5024
9640826       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 02:55:36     SYNCB/car care express,
               PO Box 965001,   Orlando, FL 32896-5001
9640824       +E-mail/Text: wmcbkdept@waltersmgmt.com Sep 18 2018 03:01:06     Service Loan,   PO Box 2935,
               Gainesville, GA 30503-2935
9643616       +E-mail/Text: wmcbkdept@waltersmgmt.com Sep 18 2018 03:01:06     Service Loan Company,
               212 Town Mart,   Clanton, AL 35045-3784
9654498        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2018 03:13:00     T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
9640831       +E-mail/Text: EBankruptcy@UCFS.NET Sep 18 2018 03:01:51     United Consumer Fin Svc,
               865 Bassett Road,   Westlake, OH 44145-1194
9718129       +E-mail/Text: bnc@bass-associates.com Sep 18 2018 02:56:39
               United Consumer Financial Services,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
9703645        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2018 03:12:12     Verizon,
               by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
9640833       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 18 2018 03:00:40     Webbank/Fingerhut,
               6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
9640836       +E-mail/PDF: bk@worldacceptance.com Sep 18 2018 02:55:59     World Acceptance,
               439 Fieldstown Road,   Ste 121,   Gardendale, AL 35071-3300
9640837       +E-mail/PDF: bk@worldacceptance.com Sep 18 2018 02:55:59     World Finance Company,
               PO Box 6429,   Greenville, SC 29606-6429
9690814       +E-mail/PDF: bk@worldacceptance.com Sep 18 2018 02:55:59
               World Finance Corp. c/o World Acceptance Corp.,   Attn: Bankruptcy Processing Center,
               PO Box 6429,   Greenville, SC 29606-6429
                                                                                               TOTAL: 45

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
9640800*     +Big lots c/o Progressive Leasing,    256 West Data Drive,   Draper, UT 84020-2315
9640801*     +Bridge Crest Financial,    PO Box 29018,   Phoenix, AZ 85038-9018
9640844*     +DNF Associates,   c/o Advanced Captial Solutions,    5553 Whipple Ave Nw Ste 5,
               North Canton, OH 44720-7760
9640843*     +Diversified Consultants, Inc.,    P. O. Box 571,   Fort Mill, SC 29716-0571
9640795*     +Sears Why not lease it,    1750 Elm St. Ste 1200,   Manchester, NH 03104-2907
9640822*     +Sears Why not lease it,    1750 Elm St. Ste 1200,   Manchester, NH 03104-2907
9640823*     +Sears Why not lease it,    1750 Elm St. Ste 1200,   Manchester, NH 03104-2907
9640834*     +Webbank/Fingerhut,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
9640835*     +Webbank/Fingerhut,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
9640825     ##+Summit Financial,   6363 Taft St. Ste 104,   Hollywood, FL 33024-5959
                                                                           TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Bradford W. Caraway    ctmail@ch13bham.com,  bhamch13@ecf.epiqsystems.com
              John M Caraway, Jr    on behalf of Joint Debtor Napoleon  Cook, Jr. johncarawayecf@outlook.com,
               rbozemanlaw@yahoo.com;rbozemanlaw@gmail.com;carawayjr75402@notify.bestcase.com
              John M Caraway, Jr    on behalf of Debtor Christine  Cook johncarawayecf@outlook.com,
               rbozemanlaw@yahoo.com;rbozemanlaw@gmail.com;carawayjr75402@notify.bestcase.com
                                                                                              TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
**Christine Cook**     Case No. 18-00648-TOM13
**Social Security No. XXX-XX-5221**
**Napoleon Cook, Jr.**
**Social Security No. XXX-XX-3229**
      **Debtor(s).**

## CONFIRMATION ORDER

A confirmation hearing was held on 08/30/2018, and it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. The debtor's Chapter 13 plan filed 08/14/2018 (Doc. no. 56) is **CONFIRMED**.

2. Each creditor must file a written proof of claim in the form provided by law to participate in distributions under the plan. Claims will be paid as duly filed, without hearing, unless a written objection is filed as provided by the Bankruptcy Code. If an objection is filed, the court may conduct a hearing to determine the allowed amount of the claim.

The Trustee's objection to Confirmation and Motion to Dismiss are withdrawn.

Pursuant to the Plan, the Chapter 13 case filing fee shall be paid through the Chapter 13 Trustee pursuant to Local Rule 1006-1(c).

Attorney's fees are awarded to **Bozeman, Caraway & Associates, P.C.** with the following terms:

The total fee awarded to debtor(s)' attorney is **$3,500.00**. The amount of the attorney fee paid prepetition is **$400.00**. The balance of the fee to debtor(s)' attorney is **$3,100.00,** payable by the Chapter 13 Trustee from the Plan payments received from the debtor(s), as follows: **$595.00** at confirmation, **$297.00** per month for **two** months, **$375.00** per month for **two** months, then **$25.00** per month thereafter until paid in full.

3. Unless the plan provides otherwise, debtor will continue to pay pre-petition and post-petition utility service debt with all utility providers in the ordinary course of business in lieu of posting a deposit as adequate assurance of future utility payment under § 366 of the U.S. Bankruptcy Code and acknowledges that the automatic stay does not bar a utility's effort to collect pre-petition and post-petition utility service debt.

4. All creditors whose claims are paid direct by debtor are granted limited relief from the automatic stay to contact the debtor by mail or telephone concerning the payment of post-petition (no pre-petition) monthly installment payments.

5. If the debtor has an ongoing child support, alimony, or utility obligation and fails to make any post-petition payment for a debt on that obligation, relief from the automatic stay is granted to collect that, or any future debt, or to enforce any order or contract associated with the obligation.

6. Adequate protection payments made by the Trustee in accordance with 11 U.S.C. § 1326(a)(1) and the debtor's Chapter 13 plan are hereby approved.

7. Pursuant to Part 7 of the debtor(s)' plan, the Trustee will make the monthly payments required in Parts 3 through 6 of the plan, including the distribution of attorney's fees, in the sequence of payments set forth in Administrative Order 17-04.

8. If this case is dismissed, any monies received prior to the order of dismissal shall be distributed according to the confirmed plan.


Dated: September 17, 2018 /s/ **Tamara O. Mitchell**
TAMARA O. MITCHELL
United States Bankruptcy Judge