# United States Bankruptcy Court
## Northern District of Alabama

In re **Christine Cook / Napoleon Cook, Jr.**
Debtor(s)

Case No. **18-00648**
Chapter **13**

## OBJECTION TO CLAIM

Comes now, <u>Christine Cook and Napoleon Cook, Jr.</u>, the Debtors in the above styled matter by and through their attorney, John M. Caraway, Jr., and objects to the following claim:

| Claim | Claimant | Amount | Specific Basis For Objection |
|---|---|---|---|
| 028 | United Consumer | $233.27 | That said claim was filed after the deadline of April 27, 2018, Debtor requests that said claim be reduce to zero. |

Wherefore, Debtor request that after notice and hearing said claim be reduced to zero.

/s/ John M. Caraway, Jr.
John M. Caraway, Jr.
Attorney at Law
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
(205) 214-3781

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the person(s) listed below and on the **Chapter 13 Trustee**, either electronically or by placing a copy of same in the United States mail, first class postage prepaid, this the 24th day of September 2018.

/s/John M. Caraway, Jr.
John M. Caraway, Jr.

## NAMES AND ADDRESSES OF CLAIMANTS NOTIFIED

United Consumer
c/o Bass and Associates
3936 E. Ft. Lowell
Ste 200
Tucson, AZ 85712